IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY PLUMLEY | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 10-cv-4295 |
| | : | |
| S&D MARKETING INC. and | : | |
| ANSWERNET and ANSWERNET, INC. | : | |
| Defendants. | : | |

**<u>ORDER</u>**:

AND NOW, this 23 day of June, 2011, upon consideration of the Motion to Dismiss Plaintiff's First Amended Complaint filed by Defendants Answernet and Answernet, Inc. (ECF No. 15) and for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Defendant Answernet's Motion is GRANTED

2. Defendant Answernet, Inc.'s Motion is DENIED.

BY THE COURT:

/s Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J**